IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                     ORDER

          Plaintiff,

                                 06-cv-321-bbc

    v.

ROBERT M. HUGHES,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    This case was ordered sealed some years ago. The case will be unsealed on March 1, 2016 unless the government shows cause why it should not be unsealed.

    Entered this 1st day of February, 2016.

                                     BY THE COURT:
                                     /s/
                                   BARBARA B. CRABB
                                   District Judge